## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-mj-3178-REID

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**UNTARIUS DEMONT ALEXANDER and
RODRICK MAURICE HAMILTON,**

    **Defendants.**

_____/

### DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on July 29, 2020, a hearing was held to determine whether defendants, **UNTARIUS DEMONT ALEXANDER** and **RODRICK MAURICE HAMILTON**, should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that the defendants, **UNTARIUS DEMONT ALEXANDER** and **RODRICK MAURICE HAMILTON**, be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1.    The defendants are charged by criminal complaint, in the Southern District of Florida, with conspiracy to commit Hobbs Act robbery in violation of Title 18, United

States Code, Section 1951(a), attempted Hobbs Act robbery in violation of Title 18, United States Code, Section 1951(a) and brandishing and discharging a firearm in furtherance of a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii).

2. The weight of the evidence against the defendants is substantial. The government has proffered that on September 29, 2019, at approximately 10:12 a.m., the defendants approached a convenience store in Miami, Florida. Video surveillance showed Defendant Hamilton wearing pants with distinctive stripes down the pant leg.

Defendant Hamilton remained by the front door while Defendant Alexander entered the convenience store. There were two customers inside the convenience store at the time.

Defendant Alexander jumped on top of the counter in an attempt to enter the employee area.  Defendant Alexander pulled out a firearm. The store clerk pointed a gun at defendant Alexander and defendant Alexander retreated from the counter. Defendant Alexander and the clerk exchange gunfire. Defendant Hamilton, who had remained by the front door, shot multiple rounds of ammunition in the direction of the clerk. Defendant Alexander was shot during the exchange.

The defendants fled the store. Shortly thereafter, law enforcement officers received a report of a single vehicle accident. When law enforcement officers arrived there was no one in the vehicle. There was blood in the vehicle and law enforcement officers recovered a cell phone. The vehicle and cell phone belonged to defendant Hamilton.

Law enforcement officers received a call from a woman who claimed that her vehicle had been stolen. The woman identified the vehicle that had been involved in the accident as her vehicle. She also claimed ownership of the cell phone. However, she did not know the passcode to unlock the cell phone.

The woman later admitted that she was defendant Hamilton's girlfriend. She told law enforcement officers that defendant Hamilton told her to report the vehicle as stolen. Defendant Hamilton also relayed that, "Stutter Box," had been shot. Law enforcement officers presented the woman with a photograph of defendant Alexander, whom she identified as "Stutter Box."

On October 4, 2019, defendant Alexander was arrested and charged in state court with an unrelated homicide. DNA from defendant Alexander matched the blood found at the convenience store and inside the vehicle. Law enforcement officers searched defendant Alexander's cell phone and found a photograph of defendant Hamilton wearing pants that matched the pants in the surveillance video of the robbery.

3. The pertinent history and characteristics of defendant Alexander support pretrial detention. Defendant Alexander was born on June 20, 1981 in Miami, Florida. Defendant Alexander is unemployed. He has an extensive criminal history consisting of approximately 52 arrests in 25 years, including arrests for grand theft, escape, aggravated assault, burglary, probation violations and attempted murder. Defendant Alexander was on probation at the time of the instant robbery and was charged in a homicide which occurred shortly before the robbery. Title 18, United States Code, Section 3142(g)(3)(A).

4. The pertinent history and characteristics of defendant Hamilton support pretrial detention. Defendant Hamilton was born on July 6, 1982 in Miami, Florida. Defendant Hamilton has an extensive criminal history which consists of approximately 39 arrests in 25 years, including arrest for battery, burglary, car jacking and armed robbery. Title 18, United States Code, Section 3142(g)(3)(A).

5. The Court specifically finds, based on the defendants' criminal history and the violent nature of the charged offense which included discharging firearms in a store with three innocent victims that resulted in a person being shot, the defendants will likely continue to engage in unlawful conduct if released on bond. The Court specifically finds by clear and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community. Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that defendants UNTARIUS DEMONT ALEXANDER and RODRICK MAURICE HAMILTON present a danger to other persons and the community.

The Court hereby directs:

(a) That the defendants be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendants be afforded reasonable opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendants are confined deliver the defendants to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **30th** day of July, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE